(127 So. 923)

Mary MOORE v. STATE.
8 Div. 864.

Court of Appeals of Alabama.
April 22, 1930.

BRICKEN, P. J.

The conviction of this appellant, in the court below, was for burglary; from the judgment of conviction pronounced and entered, this appeal was taken.  The appeal is upon the record proper only; there being no

bill of exceptions. The record being without error, the judgment appealed from will stand affirmed.

Affirmed.